IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANN M. GALLOWAY,

    Plaintiff,

vs.                                                                Civ. No. 16-335 KG/KK

MICHAEL TIPSORD, current CEO of State Farm
Fire & Casualty Company and State Farm Mutual
Automobile Insurance Company, in his
individual capacity and as State Farm employee,

    Defendant.

## FINAL ORDER OF DISMISSAL

This matter comes before the Court upon its Order to Show Cause filed on August 10, 2017. (Doc. 119). In the Order to Show Cause, the Court ordered, in part, that

> 2. fourteen days from the date of the entry of this Order to Show Cause Plaintiff must file a written response showing why her case against Defendant Tipsord should not be dismissed without prejudice for failure to prosecute; and
> 3. Plaintiff is notified that failure to respond to this Order to Show Cause will result in the dismissal of her case against Defendant Tipsord without further notice.

*Id.* at 2. Plaintiff has not complied with this Order to Show Cause.

IT IS, THEREFORE, ORDERED that

1. Plaintiff's claims against Defendant Michael Tipsord are dismissed without prejudice; and

2. this lawsuit is now terminated in its entirety.

                                                                                 _____
                                                                                 UNITED STATES DISTRICT JUDGE